```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| CARMEN L. LOPEZ, | : CIVIL ACTION |
| | : NO. 13-6923 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CAROLYN W. COLVIN, | : |
| | : |
| Defendant. | : |

**O R D E R**

**AND NOW**, this **30th** day of **March, 2016**, it is hereby **ORDERED** that:

(1) Plaintiff's objections (ECF No. 25) are **OVERRULED in part**, as outlined in the accompanying memorandum;

(2) The Court **APPROVES** and **ADOPTS** the Report and Recommendation (ECF No. 13) **in part**, as outlined in the memorandum;

(3) Plaintiff's Request for Review (ECF No. 3) is **GRANTED**; and

(4) The matter is **REMANDED** to the ALJ for further proceedings consistent with the Court's memorandum.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**